Cite as 2020 Ark. App. 298

# ARKANSAS COURT OF APPEALS

DIVISION IV
**No.** CR–20–28

| | | |
|---|---|---|
| ALAN FRANCISCO | | **Opinion Delivered:** May 13, 2020 |
| | APPELLANT | |
| | | APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. 04CR-18-2501] |
| V. | | |
| | | HONORABLE ROBIN F. GREEN, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | SUPPLEMENTAL ADDENDUM ORDERED |

## RAYMOND R. ABRAMSON, Judge

Appellant Alan Francisco appeals from the Benton County Circuit Court's "oral denial of his motion to terminate the obligation to register as a sex offender on July 15, 2019, following a hearing on that motion." We note that pursuant to Arkansas Supreme Court Administrative Order 2(b)(2), an oral order announced from the bench does not become effective until reduced to writing and filed. *See Baxley v. Baxley*, 86 Ark. App. 200, 204, 167 S.W.3d 158, 160 (2004). In the record before us, there does appear to be an order, file stamped on August 14, 2019, that includes the circuit court's signature and notations denying Francisco's motion on July 15, 2019. However, because these pages are not in appellant's addendum or in the State's supplemental addendum, we may not yet reach the merits of this appeal.

Arkansas Supreme Court Rule 4-2(a)(8) requires that an addendum contain all documents in the record that are "essential for the appellate court to confirm its jurisdiction, to understand the case, and to decide the issues on appeal." Specifically, the addendum must include "the order, judgment, decree, ruling, letter opinion, or administrative agency decision from which the appeal is taken." Ark. Sup. Ct. R. 4-2(a)(8)(A)(i) (2019).

We therefore order appellant to file a supplemental addendum within seven calendar days of this opinion's date. Ark. Sup. Ct. R. 4-2(b)(4). We encourage counsel to review the Rules of the Arkansas Supreme Court and Court of Appeals to ensure that the brief complies with the rules and that no additional deficiencies are present.

Supplemental addendum ordered.

KLAPPENBACH and MURPHY, JJ., agree.

*Michael Kiel Kaiser* and *William O. "Bill" James, Jr.*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Jacob H. Jones*, Ass't Att'y Gen., for appellee.